No. 80–5032.   THOMPSON v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 80–5072.   WATSON v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 80–5083.   GAY v. UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 80–5089.   MCDONALD v. LOUISIANA.   Sup. Ct. La. Certiorari denied.

No. 80–5101.   JOHNSON v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 80–5106.   CROSS v. MITCHELL, PENITENTIARY SUPERINTENDENT.   C. A. 4th Cir.   Certiorari denied.

No. 80–5112.   PERRY v. CALIFORNIA.   Ct. App. Cal., 1st App. Dist.   Certiorari denied.

No. 80–5115.   WATTS v. UNITED STATES.   Ct. App. D. C. Certiorari denied.

No. 80–5137.   GREEN v. NEW YORK.   Ct. App. N. Y. Certiorari denied.

No. 80–5151.   BAUN v. CIVILETTI, ATTORNEY GENERAL, ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 80–5167.   BILBREY v. OKLAHOMA ET AL.   Ct. Crim. App. Okla.   Certiorari denied.

No. 80–5170.   ALBRIGHT v. WISCONSIN.   Sup. Ct. Wis. Certiorari denied.

No. 80–5175.   BULLOCK v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.